UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cr-00065

**United States of America**

v.

**Victor Arturo Ordonez Urrutia**

# ORDER

The court referred this matter to United States Magistrate Judge John D. Love for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on the guilty plea. Doc. 27. The magistrate judge recommended the court accept defendant's guilty plea and adjudge defendant guilty on count 1 of the indictment. *Id.* Defendant waived his right to object to the magistrate judge's findings. *Id.* at 2.

The court hereby accepts the findings of fact and recommendation on guilty plea of the United States Magistrate Judge. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant Victor Arturo Ordonez Urrutia guilty of count 1 of the indictment, charging a violation of 8 U.S.C. §§ 1326(a) and (b)(1) – Illegal Entry Following Removal.

*So ordered by the court on December 23, 2024.*

J. Campbell Barker
United States District Judge

- 1 -